No. 91–8703.  SUAREZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–8704.  ANCIRA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–8705.  PENROD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–8706.  PENA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–8707.  MOGEL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8708.  NUNEZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–8709.  PIERSON v. O'LEARY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–8710.  BOSWELL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–8711.  JUSTICE v. KENTUCKY ET AL.  C. A. 6th Cir. Certiorari denied.

No. 91–8712.  KENNEDY v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–8715.  GARCIA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–8716.  GRAHAM v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–8717.  WHITE v. McDADE, SUPERINTENDENT, HARNETT CORRECTIONAL CENTER, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–8719.  LOVETT v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–8720.  DAVIS v. WILKERSON ET AL.  C. A. 5th Cir. Certiorari denied.